IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BLUE SPIKE LLC,<br>BLUE SPIKE INTERNATIONAL LTD.,<br>and WISTARIA TRADING LTD.,<br><br>        Plaintiffs,<br><br>  v.<br><br>GRANDE COMMUNICATIONS INC. and<br>GRANDE COMMUNICATIONS NETWORKS,<br>LLC,<br><br>        Defendants. | Civil Action No. 4:20-cv-671-ALM<br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. RULE 41(a)(2)**

Pursuant to Fed. R. Civ. P. Rule 41(a)(2), Plaintiffs Blue Spike LLC, Blue Spike International Ltd., and Wistaria Trading Ltd. ("Blue Spike" or "Plaintiffs") respectfully move to Dismiss without Prejudice Counts X and XI of the Complaint (Dkt. 1), which allege infringement of U.S. Patent Nos. 7,159,116 and 8,538,011, respectively. The parties met and conferred on October 15, 2021 and Defendants Grande Communications, Inc. and Grande Communications Networks, LLC ("Defendants") indicate they oppose the conditions of this Motion.

1

Dated: October 15, 2021		Devlin Law Firm LLC

		*/s/ Andrew Sherman*
		Timothy Devlin
		tdevlin@devlinlawfirm.com
		James M. Lennon
		jlennon@devlinlawfirm.com
		Andrew Sherman
		asherman@devlinlawfirm.com
		1526 Gilpin Avenue
		Wilmington, Delaware 19806
		Telephone: (302) 449-9010
		Facsimile: (302) 353-4251

		*Attorneys for Plaintiffs Blue Spike LLC, Blue Spike International Ltd., and Wistaria Trading Ltd.*

## CERTIFICATE OF SERVICE

I certify that all counsel of record are being served via electronic mail with a copy of this document on October 15, 2021.

		*/s/ Andrew Sherman*
		Andrew Sherman